UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. WATFORD, | 1:14 -cv-615 LJO JLT (HC) |
| Petitioner, | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| v. | (Doc. 13) |
| PAUL COPENHAVER, | |
| Respondent. | |

Petitioner has requested the appointment of counsel, citing only his indigence as grounds therefore. There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.

Here, the Court does not find that the interests of justice require the appointment of counsel at this time. Accordingly, Petitioner's request for appointment of counsel is **DENIED**.

IT IS SO ORDERED.

Dated: **June 11, 2014**   　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE