UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. WATFORD,<br><br>        Petitioner,<br><br>   v.<br><br>PAUL COPENHAVER,<br><br>        Respondent. | 1:14 -cv-00615-LJO-JLT (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 41) |

Petitioner has requested the appointment of counsel, citing his lack of familiarity with habeas law and the lack of adequate legal sources in the prison law library as grounds therefore. There currently exists no absolute right to appointment of counsel in habeas proceedings, See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958). However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time. Accordingly, Petitioner's request for appointment of counsel is **DENIED**.

IT IS SO ORDERED.

   Dated: **February 26, 2015**              /s/ Jennifer L. Thurston
                                                             UNITED STATES MAGISTRATE JUDGE